JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORACE BELL, true name HORACE THOMAS, | ) ) ) | Case No. CV 10-2994-CJC(RC) |
| Petitioner, | ) | |
| vs. | ) ) | JUDGMENT |
| KELLY HARRINGTON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: April 27, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&R-MDO\10-2994.jud
4/26/10